CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MICHAEL J. STARRETT (NYBN 5444575)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: 415-436-7073
michael.starrett@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARCIO CARRILLO, | No. 4:26-cv-05836-AMO |
| Petitioner, | |
| v. | **JOINT STATEMENT REGARDING BRIEFING SCHEDULE AND [PROPOSED] ORDER** |
| SERGIO ALBARRAN, *et al.*, | |
| Respondents. | |

1.      The Court's minute order (Dkt. No. 12) instructed the parties to meet and confer with respect to a briefing schedule for the habeas petition (Dkt. No. 1).

2.      As ordered, the parties have met and conferred and jointly propose the following case schedule:

Respondents' return: August 14, 2026

Petitioner's traverse: September 14, 2026

//

//

//

//

JOINT STATEMENT REGARDING BRIEFING SCHEDULE AND [PROPOSED] ORDER
4:26-cv-05836-AMO

DATED:  July 13, 2026.                Respectfully submitted,


CRAIG H. MISSAKIAN
United States Attorney

 /s/ *Michael J. Starrett*
MICHAEL J. STARRETT
Special Assistant United States Attorney
*Attorneys for Respondents*

DATED:  July 13, 2026.                Respectfully submitted,

IMMIGRATION INSTITUTE OF THE BAY
AREA

/s/ *Elizabeth Knowles*
ELIZABETH KNOWLES
*Attorney for Petitioner*

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

JOINT STATEMENT REGARDING BRIEFING SCHEDULE AND [PROPOSED] ORDER
4:26-cv-05836-AMO

**[~~PROPOSED~~] ORDER**

Pursuant to the parties' agreement in the joint case management statement, it is hereby ORDERED that Respondents shall file their return on or before August 14, 2026. Petitioner shall file his traverse on or before September 14, 2026.

IT IS SO ORDERED.

DATED: _____7/14/2026_____

_____
HON. ARACELI MARTÍNEZ-OLGUÍN
United States District Judge